# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REBECCA GRAVDAHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-21-1060-F |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation on June 24, 2022, recommending the court reverse defendant's final decision denying plaintiff's application for benefits under the Social Security Act and remand the matter for further administrative proceedings. In the Report and Recommendation, Magistrate Judge Erwin advised the parties of their right to file specific written objections by July 8, 2022 and specifically advised them that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues addressed.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 19) issued by United States Magistrate Judge Shon T. Erwin on June 24, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The final decision of defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, to deny plaintiff Rebecca Gravdahl's

application for benefits under the Social Security Act is **REVERSED** and this matter is **REMANDED** to defendant for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A separate judgment will be issued pursuant to Rule 58, Fed. R. Civ. P.

    IT IS SO ORDERED this 12th day of July, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1060p001.docx